In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00228-CR
_____

**JAMAL LAMEL BLUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Cause No. 11-12392

**MEMORANDUM OPINION**

Jamal Lamel Bluitt has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered June 12, 2013
Do Not Publish
Before McKeithen, C.J., Kreger and Horton, JJ.